UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARYBETH MONTERA and MARY JOHNSON on :
behalf of themselves and all others similarly situated, :
:
Plaintiffs, :
:     24-CV-7281 (JMF)
-v- :
:     ORDER OF DISMISSAL
A SHOC BEVERAGE, LLC, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The parties have advised the Court, at ECF No. 14, that they anticipate this case will be dismissed within 45 days. The Court construes this as a notice that all claims asserted herein have been settled in principle. Accordingly, it is hereby ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated (or if the Court has misconstrued the parties' letter motion).

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to terminate ECF No. 14 and close the case.

    SO ORDERED.

Dated: February 19, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge